UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LVL CO., LLC, | |
| Plaintiff, | Civil Action No. 5:18-cv-02695-EGS |
| vs. | |
| CITY OF EASTON, | |
| Defendants. | |

**PLAINTIFF LVL CO., LLC'S**
**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff, LVL CO., LLC, by and through its attorney, James L. Pfeiffer, Esq., of the law firm of Pfeiffer & Bruno, P.C., submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: The non-governmental corporate party, LVL CO., LLC, in the above-listed civil action is a privately-held corporation that does not have any parent corporation, and no publicly held corporation owns 10% or more of its stock.

PFEIFFER & BRUNO, P.C.

BY: _____
JAMES L. PFEIFFER, ESQ., I.D. #47268
Attorney for Plaintiff

Dated: June 26, 2018